## GILLISPIE v. THE STATE.

Appeal from Coleman county.

*Record—Substitution—Practice.*—It was error to substitute lost papers other than the indictment without notice to the defendant. Such action by the court is either under the inherent power of the court, or under the provision of Art. 1475, R. S., and in either case notice to the defendant is necessary.

*Constitutional Law—Indictment.*—A doubt is expressed by the court as to whether a lost indictment can be legally substituted, and it is suggested to the state's counsel to have a new indictment presented by the grand jury. Reversed and remanded.

Opinion by Willson, J.

## MARTIN SHUBERT v. THE STATE.

Appeal from Hays county.

*Construction—Willful.*—The word "willful" when used in a penal statute means more than it does in common parlance. It means with "evil intent" or legal malice. In this case defendant had built a dam across a stream, and the water of the stream, being obstructed by the dam, backed up and rendered a crossing on a public road inconvenient and dangerous. HELD, such an act does not justify a conviction for "willfully obstructing a public road." Reversed and remanded.

Opinion by White, P. J.